Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Augusta          Division

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

SEP 05 2024

FILED

|  |  |  |
|---|---|---|
| Daniel Reeves | ) | Case No. **CV124 - 155** |
|  | ) | *(to be filled in by the Clerk's Office)* |
|  | ) |  |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |  |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |  |
| *please write "see attached" in the space and attach an additional* | ) |  |
| *page with the full list of names.)* | ) |  |
| **-v-** | ) |  |
| Marc Elias and The | ) |  |
| Democratic National Committee | ) |  |
|  | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued.  If the* | ) |  |
| *names of all the defendants cannot fit in the space above, please* | ) |  |
| *write "see attached" in the space and attach an additional page* |  |  |
| *with the full list of names.)* |  |  |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| Name | Daniel Reeves |
|---|---|
| Street Address | 411 36th Street Unit 7035 |
| City and County | Augusta.  Richmond |
| State and Zip Code | Georgia   30905 |
| Telephone Number | 706-814-8010 |
| E-mail Address | dreev4176@yahoo.com |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name                          Marc Elias and the Democratic National Committee

    Job or Title *(if known)*

    Street Address               430 South Capital Street, SW

    City and County            Washington DC

    State and Zip Code       20003

    Telephone Number       202-863-8000

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S. Code § 1983  and Civil Rights of 1964.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Daniel Reeves                              , is a citizen of the
State of *(name)*  Georgia                          .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                              , is incorporated
under the laws of the State of *(name)*                              ,
and has its principal place of business in the State of *(name)*
                              .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  Marc Elias                              , is a citizen of
the State of *(name)*  Washington DC                      . Or is a citizen of
*(foreign nation)*                              .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* <u>Democratic National Committee</u>, is incorporated under the laws of the State of *(name)* <u>Washington DC</u>, and has its principal place of business in the State of *(name)* <u>Washington DC</u>.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Georgia State Elections Board
2 MLK Jr.
Suite 802 Floyd West Tower
Atlanta, GA 30334

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Monday August 26, 2024

_____

C.   **What are the facts underlying your claim(s)?** *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

It is detrimental to me and my family for a lawsuit to be filed by an out of State Attorney, Marc Elias and a private company, the Democratic National Committee in Washington D.C. to oppose the State of Georgia from passing laws to ensure an accurate vote count and to prevent illegal immigrants, dead people and others who are not bonafide citizens of the State of Georgia from voting in the upcoming National Election. The laws passed in Georgia will ensure that my vote and other citizens in the State of Georgia will not be diluted. As a Georgia Citizen and U.S. Air Force Veteran I am in agreement that the laws passed in Georgia regarding election integrity are lawful under the Constitution and that the State of Georgia has the right to govern on behalf of the Majority of Georgia Citizens without interference from outsiders and the Federal Government. My Belief: the Election was stolen from President Trump in 2020 and election integrity laws will minimize the possibility that the 2024 will be stolen again.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

If the Democratic and the RINO Republican Regime steals the 2024 election for themselves, My family could be persecuted, prosecuted, imprisoned or even exterminated. My family could be in imminent danger just for submitting this injunction.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Respectfully request $100,000,000 if my family is forced to flee the USA as political dissidents if the Marxist/Communists take power. At present, the DOJ, FBI, CIA and most federal agencies are now weaponized to target Former President Trump and his supporters as domestic terrorist and I believe my family will be targeted for persecution, prosecution, imprisonment, and even death by the federal government if freedom does not ring in the 2024 election. Historical Reference: Many young Americans are naive and may not be aware of the dangers of a Marxist/Communist Government. When President Carter established the Department of Education in the 1970's, Most Institutions of Higher Learning have been indoctrinating our youth with a Marxist/Communist ideology and our young adults may not be aware that Dictators Joseph Stalin(Russia) and Mao Tse Tung(China) killed millions of their own citizens if they opposed their government. The USA is going the same way.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        August 30, 2024

Signature of Plaintiff                                         AUG 3 0 2024

Printed Name of Plaintiff        Daniel Reeves

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print        Save As...        Add Attachment        Reset

**\*As reported by OANN**                                    **December 5, 2020**

# <u>\*Swing State Election Fraud</u>

## <u>Georgia</u>

Biden +/UP  12,000 votes
Fraudulent   204,000 votes

## <u>Pennsylvania</u>

Biden +/UP  81,000 votes
Fraudulent   121,000 votes

## <u>Wisconsin</u>

Biden +/UP  20,000 votes
Fraudulent  200,000 votes

## <u>Arizona</u>

Biden +/UP 10,000 votes
Fraudulent  300,000 votes

## <u>Michigan</u>

Biden +/UP 154,000 votes
Fraudulent   548,000 votes

## <u>Nevada</u>

Biden +/UP  33,000 votes
Fraudulent   95,000 votes

**Nevada Specific break down of fraudulent votes are**:

| | |
|---|---|
| Dead Voters | 1,500 |
| Changed Address | 2,500 |
| Vacant  Address | 6,000 |
| Non-Existant | 8,000 |
| Commercial | 15,000 |
| Out-of-State | 20,000 |
| Double Voting | 42,000 |



**UNITED S...**
**POSTAL S...**

...ected delivery date specif...
...mestic shipments include $...
...PS Tracking® service includ...
...nited international insuranc...
...en used internationally, a c...

...ance does not cover certain items.
...stic Mail Manual at *http://pe.usps.*
...International Mail Manual at *http:/*

**AT RATE ENV...**
**E RATE ■ ANY WEIGHT**

**RACKED ■ INS...**





*Retail*

## US POSTAGE PAID

**$9.85**

Origin: 30909
08/30/24
1204870604-12

### PRIORITY MAIL®

0 Lb 2.70 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 09/03/24

B015

SHIP
TO:

PO BOX 1504
AUGUSTA GA 30903-1504

**USPS TRACKING® #**



9505 5136 6786 4243 9393 77



FROM:



**Daniel L Reeves**
PO Box 7035
Augusta, GA 30905-0035

TO:

U.S. District Court
Southern District of Georgia
Courtnay Capps - Courtroom Deputy
Post Office Box 1504
Augusta, Georgia 30903